# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA REAL-LOOMIS          :
     *Plaintiff*,

                                          CIVIL ACTION
   v.                            :         NO. 20-0441

THE BRYN MAWR TRUST COMPANY
     *Defendant*.               :

## ORDER

AND NOW, this 12th day of May 2021, upon consideration: of Defendant's Motion to Dismiss (ECF No. 9); Plaintiff's Response in Opposition (ECF No. 12); Defendant's Reply Brief (ECF No. 16); Defendant's Notice of Subsequent Authority (ECF No. 17); and Plaintiff's Notice of Opposition to Defendant's Notice of Subsequent Authority (ECF No. 18), it is hereby ORDERED as follows:

    (1) Defendant's Motion is GRANTED as to Counts I through III of Plaintiff's Complaint;

    (2) Defendant's Motion is DENIED as to Counts IV and V of Plaintiff's Complaint; and,

    (3) Plaintiff is GRANTED LEAVE to amend her Complaint. In the event she elects to do so, her Amended Complaint must be filed within thirty (30) days of the date of this Order.

                                BY THE COURT:

                                /s/  C. Darnell Jones, II    J.