IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA REAL-LOOMIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE BRYN MAWR TRUST COMPANY**,<br><br>*Defendant.* | **Case No. 2:20-cv-0441-JDW** |

### ORDER

**AND NOW**, this 6th day of December, 2022, upon consideration of Defendant The Bryn Mawr Trust Company's Motion For Summary Judgment (ECF No. 47), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and summary judgment is **ENTERED** in favor of Defendant The Bryn Mawr Trust Company and against Plaintiff Patricia Real-Loomis on all of Ms. Real-Loomis's claims. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.